AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Susan Skelly-Hand and Patrick Hand, as Parents and Natural Guardians of R.E., an Infant | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   7:14-CV-1052 (MAD/ATB) |
| Jose L. Lizardi, M.D. et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jose L. Lizardi, M.D., as Plan Administrator of the Jose L. Lizardi M.D. 401K
Profit Sharing Plan
3307 East Isla Verde Ave.
Carolina, Puerto Rico, 00979

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul A. Friedman
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, N.Y. 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date:   08/26/2014

s/Susan Evans
*Signature of Clerk or Deputy Clerk*